FILED          LODGED
RECEIVED       COPY

JUL 2 7 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

GARY M. RESTAINO
United States Attorney
District of Arizona

COLEEN SCHOCH
Assistant United States Attorney
Georgia State Bar No. 366545
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: coleen.schoch@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR**
**PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  CR-22-00925-PHX-JJT (MTM) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO:  18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) (Dealing Firearms without a License) Count 1 |
| Victor Eduardo Sandez, | |
| Defendant. | 18 U.S.C. § 924(a)(1)(A) (False Statement During the Purchase of a Firearm) Counts 2–39 |
| | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. § 853 and 881, and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about April 26, 2020, through on or about January 11, 2022, within the District of Arizona, Defendant VICTOR EDUARDO SANDEZ, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNTS 2 – 39**

On or about the dates below, in the District of Arizona, Defendant VICTOR EDUARDO SANDEZ knowingly made a false statement and representation to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant VICTOR EDUARDO SANDEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record on the approximate dates below, stating that (1) he resided at the address listed on the Form 4473, whereas in truth and fact, he knew that he resided at a different address; and (2) he was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew that he was buying the firearm on behalf of another:

| Count | Date | Business Name |
|---|---|---|
| 2. | 4/26/2020 | Sportsman's Warehouse No. 181 (Yuma, Arizona) |
| 3. | 10/15/2020 | CAL-Ranch Stores (Yuma, Arizona) |
| 4. | 11/7/2020 | Jones & Jones (Somerton, Arizona) |
| 5. | 11/19/2020 | Jones & Jones (Somerton, Arizona) |
| 6. | 11/20/2020 | Jones & Jones (Somerton, Arizona) |
| 7. | 11/27/2020 | Jones & Jones (Somerton, Arizona) |
| 8. | 11/28/2020 | Jones & Jones (Somerton, Arizona) |
| 9. | 12/9/2020 | CAL-Ranch Stores (Yuma, Arizona) |
| 10. | 12/11/2020 | Jones & Jones (Somerton, Arizona) |
| 11. | 1/14/2021 | CAL-Ranch Stores (Yuma, Arizona) |
| 12. | 1/26/2021 | CAL-Ranch Stores (Yuma, Arizona) |
| 13. | 1/31/2021 | CAL-Ranch Stores (Yuma, Arizona) |

| Count | Date | Business Name |
|---|---|---|
| 14. | 3/21/2021 | CAL-Ranch Stores (Yuma, Arizona) |
| 15. | 4/1/2021 | CAL-Ranch Stores (Yuma, Arizona) |
| 16. | 4/19/2021 [one pistol] | USA Pawn & Jewelry (Yuma, Arizona) |
| 17. | 4/27/2021 | CAL-Ranch Stores (Yuma, Arizona) |
| 18. | 5/1/2021 | CAL-Ranch Stores (Yuma, Arizona) |
| 19. | 5/10/2021 | CAL-Ranch Stores (Yuma, Arizona) |
| 20. | 5/22/2021 | USA Pawn & Jewelry (Yuma, Arizona) |
| 21. | 6/4/2021 | CAL-Ranch Stores (Yuma, Arizona) |
| 22. | 6/17/2021 | Jones & Jones (Somerton, Arizona) |
| 23. | 6/22/2021 | CAL-Ranch Stores (Yuma, Arizona) |
| 24. | 7/3/2021 | CAL-Ranch Stores (Yuma, Arizona) |
| 25. | 7/13/2021 | USA Pawn & Jewelry (Yuma, Arizona) |
| 26. | 8/3/2021 | Sportsman's Warehouse No. 181 (Yuma, Arizona) |
| 27. | 8/9/2021 | CAL-Ranch Stores (Goodyear, Arizona) |
| 28. | 8/14/2021 [one pistol] | USA Pawn & Jewelry (Yuma, Arizona) |
| 29. | 8/14/2021 [one rifle] | USA Pawn & Jewelry (Yuma, Arizona) |
| 30. | 8/31/2021 [one pistol] | Sportsman's Warehouse No. 181 (Yuma, Arizona) |
| 31. | 8/31/2021 [one rifle] | Sportsman's Warehouse No. 181 (Yuma, Arizona) |
| 32. | 10/6/2021 | USA Pawn & Jewelry (Yuma, Arizona) |
| 33. | 10/7/2021 | USA Pawn & Jewelry (Yuma, Arizona) |
| 34. | 10/24/2021 | USA Pawn & Jewelry (Yuma, Arizona) |

| Count | Date | Business Name |
|-------|------|---------------|
| 35. | 10/27/2021 | USA Pawn & Jewelry (Yuma, Arizona) |
| 36. | 11/9/2021 | USA Pawn & Jewelry (Yuma, Arizona) |
| 37. | 11/11/2021 | USA Pawn & Jewelry (Yuma, Arizona) |
| 38. | 11/17/2021 | USA Pawn & Jewelry (Yuma, Arizona) |
| 39. | 1/11/2022 | Jones & Jones (Somerton, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 39 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Counts 1 through 39 of this Indictment, Defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any of Defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses.

If any of the forfeitable property, as a result of any act or omission of the Defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United

- 4 -

States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date:  July 27, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*
COLEEN SCHOCH
Assistant U.S. Attorney

- 5 -