JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JEANETTE E. ALVARADO
Arizona Bar #016111
Asst. Federal Public Defender
Attorney for Defendant
jeanette_alvarado@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | Case No. CR-22-00925-PHX-JJT |
|---|---|
| Plaintiff, | **SENTENCING MEMO** |
| vs. | |
| Victor Eduardo Sandez, | |
| Defendant. | |

### *Introduction*

Mr. Sandez was in the throes of addiction when he made the poor decision to violate firearm laws. Being in custody for nearly 10 months has given him time to reflect and realize the wrongfulness of his actions. He asks the Court for a sentence to not exceed 36 months with a recommendation he participate in BOP's 500-hour Drug and Alcohol Program to assist in continued sobriety.

Mr. Sandez was under the influence of methamphetamine when he committed this crime. *PSR, ¶ 15*. However, he realizes being arrested woke him up and forced him into sobriety. This newly gained sobriety has allowed him to resume his relationship with his wife and children. *PSR, ¶ 47*.

1

### *Mr. Sandez' personal characteristics show a man who has struggled with Substance Abuse Issues*

When an adolescent, Mr. Sandez suffered the difficult loss of his father who was the victim of a violent crime. *PSR 45.* Despite the difficult loss, Mr. Sandez finished high school and keep gainful employment. According to Mr. Sandez' wife, Mr. Sandez was a top performer in his job in Yuma, that he held for five years and was tasked with selling safety materials. *PSR, ¶ 58.* Mr. Sandez' profile shows that while sober, Mr. Sandez' he is a person who can maintain family relationships, love and parent his children, keep and maintain relationships (he has reconciled and has the support of his wife). (*PSR, ¶46, 48, 57-58)*

Unfortunately, uncontrolled substance abuse affects people in negative ways. It affects their decision-making, their conduct, and their perceptions. Mr. Sandez is no exception in that regard. He is remorseful and did everything he could to be productive while in custody: he completed 21 courses while detained and certificates have been submitted under separate cover.

Mr. Sandez does not wish to return to substance abuse upon release. He wants to return a better version of himself, so he no longer engages in any illegal acts again that would harm himself or others.

Being incarcerated far away from his family and friend support system is difficult. This time in custody has made Mr. Sandez realize he needs to and wants to maintain his sobriety. Mr. Sandez will continue to engage in sobriety efforts, including participation in substance abuse treatment and testing, to keep himself accountable.

### *Time in Custody and Requested Sentence*

Mr. Sandez' sentencing range is 46-57 months in prison (Offense Level 23 and Criminal History I). He requests a slight variance from the guidelines, down to

no more than a 36-month sentence, asking the Court to consider he committed the crime while under the grasp of severe substance abuse addiction.  He also asks the Court to recognize that given he has pending cases in other jurisdictions, it is more likely that not that he will have additional terms of incarceration to serve.

Given Mr. Sandez' personal characteristics, his pre-existing substance abuse issues, his newly gained sobriety and his renewed family connections, Mr. Sandez' does not need a sentence exceeding 36 months in custody as that would allow sufficient time to transition into the BOP 500-Hour Drug & Alcohol program when considering the almost 10 months in custody that Mr. Sandez has already served.

A 36-month prison sentence will be "sufficient, but not greater than necessary" to punish Mr. Sandez, deter him and others from committing this same crime, show respect for the law, incapacitate him for a time to protect the public, and allow him to receive substance abuse rehabilitation while at Bureau of Prisons.

***Conclusion***:  Therefore, for all these reasons, Mr. Sandez requests a sentence to not exceed 36 months in custody, with a term of supervised release to follow.

Respectfully submitted:   May 29, 2023.

JON M. SANDS
Federal Public Defender

 s/Jeanette E. Alvarado
JEANETTE E. ALVARADO
Asst. Federal Public Defender

3